IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| BOUTIQUE AIR INC. | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 25-1191 |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF TRANSPORTATION, and | ) |
| SEAN DUFFY, in His Official Capacity as | ) |
| Secretary of Transportation, | ) |
| | ) |
|     Respondents. | ) |

**STATEMENT OF ISSUES TO BE RAISED**

Pursuant to this Court's order dated September 25, 2025, Petitioner Boutique Air Inc. ("Boutique Air" or "Petitioner"), by and through undersigned counsel, respectfully submits this non-binding Statement of Issues to be Raised in connection with Boutique Air's challenge to the decision of Respondent U.S. Department of Transportation ("Department") to deny Boutique Air's request to be reimbursed the $1,650,662 which the Department withheld from Boutique Air in connection with Boutique Air's provision of Essential Air Service for the airport at Clovis, New Mexico (the "Clovis Decision").

    1.    Whether it was the Clovis Decision should be vacated pursuant to 5 U.S.C. § 706(2) because it is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; is in excess of statutory jurisdiction, authority,

or limitations, or short of statutory right; without of procedure required by law; and/or unsupported by substantial evidence in the record.

    2.    Whether the Department's Clovis Decision is arbitrary and capricious, an abuse of discretion, and otherwise contrary to law because in refusing to reimburse Petitioner the $1,650,662 it unjustly discriminated against Boutique Air for no valid reason, and in particular is in direct contrast to the Department's more favorable treatment of Southern Airways at its Essential Air Service locations of Chadron, Nebraska and Pueblo, Colorado, wherein the Department chose not to withhold similar sums from Southern Airways despite the fact that it too did not utilize twin-engine aircraft for its Essential Air Service flights.

    3.    Whether the Department can avoid Administrative Procedure Act review by refusing to issue a written final decision denying Boutique Air's repeated requests for reimbursement of the $1,650,662 which the Department withheld from Boutique Air in connection with Boutique Air's provision of Essential Air Service for the airport at Clovis, New Mexico. *See, e.g., Friedman v. FAA*, 841 F.3d 537 (D.C. Cir. 2016) (FAA's failure to either issue or deny certificate implicitly denied the application).

Dated: October 13, 2025          Respectfully submitted,

*/s/ M. Roy Goldberg*
M. Roy Goldberg, Esq.
D.C. Bar 416953
D.C. Circuit Bar No. 39860
CLARK HILL PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC 20004
Telephone:  (202) 552-2388
Email: rgoldberg@clarkhill.com

Counsel for Petitioner Boutique Air Inc.

## **CERTIFCATE OF SERVICE**

I hereby certify that I have this 13th day of October, caused to be served the foregoing Statement of Issues through the Court's CM/ECF system and upon the following persons by email:

Gregory D. Cote, Esq.
Acting General Counsel
U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Avenue, S.E.
Washington, DC 20590
Email: Gregory.Cote@dot.gov

Charles Enloe, Esq.
Assistant General Counsel
Office of the General Counsel
Office of Litigation and Enforcement
1200 New Jersey Avenue, S.E.
Washington, DC 20590
Email: Charles.Enloe@dot.gov

Paul Geier, Esq.
Assistant General Counsel for International
and Aviation Economic Law
U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Avenue, S.E.
Washington, DC 20590
Email: Paul.Geier@dot.gov

3

<div style="margin-left: 50%;">

Respectfully submitted,

*/s/ M. Roy Goldberg*
M. Roy Goldberg, Esq.
D.C. Bar 416953
D.C. Circuit Bar No. 39860
CLARK HILL PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC 20004
Telephone:  (202) 552-2388
Email: rgoldberg@clarkhill.com

Counsel for Petitioner Boutique Air, Inc.

</div>